# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2492
LT Case No. 05-2011-CF-056786-A

_____

JASON RAMON CARLYLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

Jason Ramon Carlyle, Lake Butler, pro se.

No Appearance for Appellee.

March 24, 2026

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____